**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>Michelle Delores Perry<br>aka Michelle Delores Perry-Lalondriz,<br>            Debtor.<br><br>\*   \*   \*   \*   \*   \*   \*<br>U.S. Bank Trust National Association, As Trustee of The Bungalow Series III Trust,<br><br>          Movant,<br>          vs.<br><br>Michelle Delores Perry<br>aka Michelle Delores Perry-Lalondriz,<br><br>          Respondent. | Chapter 7<br>Case No. 21-11118-BLS<br><br><br><br><br>Objection deadline: October 20, 2021<br>Hearing Date: October 28, 2021 at 1:30 P.M. |

**ORDER TERMINATING AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE WITH RESPECT TO REAL PROPERTY LOCATED AT**
**177 LINDLEY DRIVE, DOVER, DE 19904**

      **AND NOW**, this __21st__ day of __October__ 2021, upon consideration of the Motion for Relief from Automatic Stay filed by U.S. Bank Trust National Association, As Trustee of The Bungalow Series III Trust (hereinafter "Movant"), and any response filed thereto, and the Court having determined that (a) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) venue is proper pursuant to 28 U.S.C. § 1409(a); and the Court having further determined that the Debtors interest in the real property and improvements thereon located 177 Lindley Drive, Dover, DE 19904 (hereinafter the "Property"), it is hereby ORDERED that:

    1.    The Motion be, and the same is hereby GRANTED.

    2.    Movant is granted relief from the automatic stay pursuant to 11 U.S.C. § 362, and the automatic stay is terminated, with respect to Movant's interest in the Property. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against the

           Property, including, but not limited to, foreclosure of any Mortgage or other security instrument relating to the Property.

3. All communications sent by Movant in connection with proceeding against the Property including, but not limited to, notices required by state law and communications to offer and provide information with regard potential loss mitigation options pursuant to applicable non-bankruptcy law, including loan modifications, deeds in lieu of foreclosure, short sales and/or any other potential loan workouts or loss mitigation agreements, may be sent directly to the Debtors.

4. This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

5. This grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

Date: October 21, 2021

                                                          BRENDAN LINEHAN SHANNON
                                                          U.S. Bankruptcy Court Judge